IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00198-MOC-WCM

| EAGLES NEST OUTFITTERS, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TAOMORE, INC.; | ) | |
| JIE ZOU; | ) | |
| WECRO, INC.; | ) | |
| YUBIN HE | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 8) filed by Inez de Ondarza Simmons. The Motion indicates that Ms. Simmons, a member in good standing of the Bar of this Court, is local counsel for Defendants WECRO, Inc. and Yubin He and that she seeks the admission of Xiuyuan Hu, who the Motion represents as being a member in good standing of the Bar of California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 8) and **ADMITS** Xiuyuan Hu to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 1, 2022

W. Carleton Metcalf
United States Magistrate Judge