IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00198-MOC-WCM

| | | |
|---|---|---|
| EAGLES NEST OUTFITTERS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| TAOMORE, INC.; | ) | |
| JIE ZOU; | ) | |
| WECRO, INC.; | ) | |
| YUBIN HE | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 18) filed by Nicholas H. Lee. The Motion indicates that Mr. Lee, a member in good standing of the Bar of this Court, is local counsel for Defendants Taomore, Inc. and Jie Zou and that he seeks the admission of Joneis Phan, who the Motion represents as being a member in good standing of the Bar of California. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 18) and **ADMITS** Joneis Phan to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 21, 2022

W. Carleton Metcalf
United States Magistrate Judge